

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00132-CV

**IN THE INTEREST OF U.V., III**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023EM502877
Honorable Nick Catoe Jr., Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: May 7, 2025

DISMISSED

On March 3, 2025, the trial court clerk filed a notification of late record, stating that the clerk's record had not been filed because Appellant, U.V., was "not entitled to appeal without paying the fee, and the appellant has failed to pay the fee for preparing such record."

On March 11, 2025, we ordered Appellant to provide written proof to this court within 10 days that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) Appellant was entitled to appeal without paying the clerk's fee. We further notified Appellant that this appeal was subject to dismissal if he failed to respond to our order. Nevertheless, Appellant failed to respond.

Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). We dismiss any pending motions as moot.

PER CURIAM